Opinion filed January 25, 2007















 
 
  
 
 







 
 
  
 
 




Opinion filed January 25, 2007

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-05-00295-CR 

                                                    __________

 

                            RODNEY DEWAYNE BALDWIN, Appellant

 

                                                             V.

 

                                        STATE
OF TEXAS, Appellee

 



 

                                         On
Appeal from the 161st District Court

 

                                                           Ector
 County, Texas

 

                                                 Trial Court Cause No. B-32,031

 



 

                                                                   O
P I N I O N

Rodney
Dewayne Baldwin has filed in this court a motion to withdraw his notice of
appeal.  The motion is signed by both
appellant and his counsel.  The motion is
granted.

The
appeal is dismissed.

 

January 25, 2007                                                                      PER
CURIAM

Do not publish.  See Tex.
R. App. P. 47.2(b).

Panel consists of:  Wright, C.J.,

McCall, J., and Strange,
J.